PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033

Attorneys for Defendant
WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY,<br><br>              Plaintiffs,<br><br>      vs.<br><br>WHITTAKER CORPORATION,<br><br>              Defendants, | Case No.  2:18-cv-6825-SB (RAOx)<br><br>[Assigned to Hon. Stanley Blumenfeld]<br><br>**AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

1   NOTICE IS HEREBY GIVEN that Defendant Whittaker Corporation hereby

2   appeals to the United States Court of Appeals for the Ninth Circuit from the judgment

3   dated June 28, 2022 (Dkt. No. 529), the post-judgment orders dated December 28,

4   2022 (Dkt. Nos. 599, 600, and 601), and the amended judgment dated January 11,

5   2023 (Dkt. No. 603), and each and every part of the final and amended judgments and

6   the rulings preceding them. Defendant's Amended Representation Statement under

7   Ninth Circuit Rule 3-2(b) is attached as Exhibit A to this Notice.

8

9

10                                     Respectfully submitted,

11   Dated:  January 18, 2023          PILLSBURY WINTHROP SHAW
                                       PITTMAN LLP
12

13                                     _/s/ Mark E Elliott_____
                                  By:  MARK E. ELLIOTT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1 | **AMENDED REPRESENTATION STATEMENT**

2 |       Pursuant to Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b),

3 | Defendant Whittaker Corporation submits this Amended Representation Statement.

4 | The following list identifies all parties to the action and their respective counsel:

5 | PLAINTIFF:

6 | SANTA CLARITA VALLEY WATER AGENCY, represented by:

7 |
8 |     Byron P. Gee
    Frederic A. Fudacz
9 |     Ilse Chandalar Scott
    Jennifer L. Meeker
10 |     Patrick J. Richard
11 |     Raven McGuane
    NOSSAMAN LLP
12 |     777 South Figueroa Street 34th Floor
13 |     Los Angeles, CA 90017-1602
    Telephone: 213-612-7800
14 |     Email: bgee@nossaman.com; ffudacz@nossaman.com; iscott@nossaman.com;
15 |     jmeeker@nossaman.com; prichard@nossaman.com; and
    rmcguane@nossaman.com
16 |
17 |     Daniel Paul Costa
    Roger A. Formanek
18 |     GURNEE MASON RUSHFORD BONOTTO AND FORESTIERE LLP
19 |     2240 Douglas Boulevad Suite 150
    Roseville, CA 95661
20 |     Telephone: 916-797-3100
21 |     Email: dcosta@gurneelaw.com and rformanek@gurneelaw.com

22 | DEFENDANTS:

23 | WHITTAKER CORPORATION, represented by:

24 |
25 |     Christopher John Dow
    Fred M. Blum
26 |     Marylin J. Jenkins
    Michael E. Gallagher , Jr
27 |     Daniel Eric Trowbridge
28 |     EDLIN GALLAGHER HUIE AND BLUM LLP

-3-

500 Washington Street Suite 700
San Francisco, CA 94111
Telephone: 415-403-4434
Email: cdow@eghblaw.com; fblum@eghblaw.com; mjenkins@eghblaw.com; mgallagher@eghblaw.com; and dtrowbridge@eghblaw.com

Mark E. Elliott
Stephanie Amaru
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: (213) 488-7100
Email: mark.elliott@pillsburylaw.com and stephanie.amaru@pillsburylaw.com

Shelby L. Dyl
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: 202-663-8000
Email: shelby.dyl@pillsburylaw.com

Thomas J Salerno
STINSON LLP
1850 North Central Avenue Suite 2100
Phoenix, AZ 85004
Telephone: 602-279-1600
Email: thomas.salerno@stinson.com

Reynold Lloyd Siemens
COVINGTON AND BURLING LLP
1999 Avenue of the Stars Suite 3500
Los Angeles, CA 90067-4643
Telephone: 424-332-4800
Email: rsiemens@cov.com

-4-